IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| FREDDIE L. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-2416 B/An |
| | ) | |
| TOYS-R-US DELAWARE, INC., | ) | |
| C/O JON JAY ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

Before the Court is the parties' Joint Motion for Extension of Deadlines filed on April 11, 2005. For good cause shown, the Motion is **GRANTED**. The Scheduling Order shall be modified to reflect the following deadlines:

| | |
|---|---|
| **Completing All Discovery** | June 11, 2005 |
| **Depositions** | June 11, 2005 |
| **Filing Dispositive Motions** | July 21, 2005 |

The other deadlines established in the Rule 16(b) Scheduling Order remain in effect. United States District Judge J. Daniel Breen has re-set the trial in this matter for November 7, 2005.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 22, 2005

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02416 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT