IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 21 AM 10: 45
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| FREDDIE L. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-2416 BA |
| ) | |
| TOYS-R-US DELAWARE, INC., ) | |
| C/O JON JAY ASSOCIATES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### ORDER GRANTING JOINT MOTION TO REOPEN DISCOVERY AND TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS

Upon consideration of the parties' Joint Motion to Reopen Discovery and to Extend Deadline for Filing Dispositive Motions, and for good cause shown, it is hereby

ORDERED, ADJUDGED and DECREED that discovery shall be reopened until August 1, 2005, and the deadline for filing dispositive motions shall be extended to August 5, 2005.

ENTERED this 20th day of July, 2005.

S. Thomas Anderson
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02416 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT