IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 AM 10: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| FREDDIE L. MOORE,<br><br>  Plaintiff,<br><br>vs.<br><br>TOYS-R-US DELAWARE, INC., et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-2416 BA<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT AND CERTIFICATE OF CONSULATION**

**IT APPEARING** that Plaintiff's Motion to Exceed Page Limit is well-taken;

**IT IS ADJUDGED, ORDERED AND DECREED** that Plaintiff shall be permitted to exceed the page limit prescribed in The United States District for the Western District of Tennessee Local Rule 7.2(e).

**IT IS FURTHER ADJUDGED, ORDERED AND DECREED** that Plaintiff's Memorandum in Opposition to Defendant's Motion and Memorandum of Law in Support for Summary Judgment will not be stricken or any portion thereof, but will be considered in its entirety.

_____
JUDGE J. DANIEL BREEN
U.S. DISTRICT COURT

DATE: 9/13/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-14-05

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02416 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT