UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ℓℊ___ D.C.

05 SEP 30 AM 9: 27

~~THOMAS M. GOULD~~
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FREDDIE L. MOORE,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Civil Action No. 04-2416 BA
                                     )
TOYS-R-US DELAWARE, INC.,            )
C/O JON JAY ASSOCIATES, INC.         )
                                     )
        Defendant.                   )

---

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Having considered the Unopposed Motion For Leave To File Reply To Plaintiff's

Response to Defendant's Motion for Summary Judgment, and finding the same well taken,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant is

granted leave through and including October 14, 2005 to file a reply to documents submitted by

Plaintiffs in response to Defendant's Motion for Summary Judgment, not to exceed ten (10) pages.

Entered this 29th day of Sept, 2005.

United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-3-05

40

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02416 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT