UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 31 AM 11: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| FREDDIE L. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-2416 BA |
| ) | |
| TOYS-R-US DELAWARE, INC., ) | |
| C/O JON JAY ASSOCIATES, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT'S MOTION
## FOR EXTENSION OF DEADLINE TO SUBMIT PRETRIAL ORDER, JURY INSTRUCTIONS AND MOTION *IN LIMINE*

This matter is before the Court upon the motion of the Defendant for a modification of the deadlines granting the Defendant up to and including October 26, 2005 at 4:30 to submit the Joint Proposed Pretrial Order, Jury Instructions and Motion *in limine*.

It is hereby ORDERED, ADJUDGED AND DECREED, on good cause shown, that the Defendant shall have additional time, up to and including October 26, 2005 at 4:30 to submit the Joint Proposed Pretrial Order, Jury Instructions and Motion *in limine*.

United States District Court Judge

Dated: 10/28/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-31-05

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02416 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT