UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /tc _____ D.C.

05 NOV -2 AM 9:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| FREDDIE L. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-2416 BA |
| | ) | |
| TOYS-R-US DELAWARE, INC., | ) | |
| C/O JON JAY ASSOCIATES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES AND RESETTING OF TRIAL DATE

Upon consideration of the Defendant's Unopposed Motion for Extension of Deadlines and Resetting of the Trial Date, and for good cause shown, it is hereby

ORDERED, ADJUDGED and DECREED that the parties shall have until January 17, 2006 to submit their joint pretrial order, proposed jury instructions and voir dire questions. The pretrial conference shall be rescheduled until January 24, 2006 at 9:00am. The trial shall be reset for January 30, 2006 @ 1:30 pm

ENTERED this 31st day of October, 2005.

_____
United States ~~Magistrate~~ Judge
District

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-3-05

(48)

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02416 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT