UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸⧸ ___ D.C.

05 NOV -3 PM 2: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| FREDDIE L. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-2416 BA |
| TOYS-R-US DELAWARE, INC., C/O JON JAY ASSOCIATES, INC. | ) ) ) |
| Defendant. | ) ) |

### ORDER GRANTING UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF RONALD M. CHERRY

Having considered the Unopposed Motion for Admission *Pro Hac Vice*, and finding said motion well taken,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Ronald M. Cherry shall be admitted *pro hac vice* and permitted to appear as co-counsel for Defendant.

_____
UNITED STATES DISTRICT JUDGE

11/3/05
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-4-05

50

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02416 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Ronald M. Cherry
LAW OFFICE OF RONALD M. CHERRY
212 Washington Ave.
3rd Floor
Towson, MD 21204

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT